UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN NIEVES,<br><br>Plaintiffs,<br><br>-against-<br><br>NYC SCHOOL SUPPORT SERVICES, INC.,<br><br>Defendants. | 1:24-CV-05783 (MKV)<br><br>**<u>ORDER</u>** |

MARY KAY VYSKOCIL, United States District Judge:

On October 9, 2024, the Court issued an order denying Plaintiff's request for a stay and directing parties to file a stipulation of voluntary dismissal based on the mandatory mediation clause. [ECF No. 15]. On October 22, 2023, the Court issued an order to show cause because the parties failed to follow the Court's order. [ECF 16]. Subsequently, the parties filed letters explaining their failure. [ECF Nos. 18, 19]. IT IS HEREBY ORDERED that on or before November 1, 2024, the parties shall file a stipulation of voluntary dismissal.

**The parties are on notice that failure to comply with this order may result in sanctions, including dismissal.**

SO ORDERED.

Dated: October 25, 2024
      New York, New York

                                                      **MARY KAY VYSKOCIL**
                                                     **United States District Judge**

1